UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERARDO SANCHEZ, Individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOBO INTRIGUING OBJECTS, LLC, et al.,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:22-CV-04103-JPB |

## ORDER

This matter is before the Court on the parties' Joint Motion to Approve Settlement [Doc. 36]. After review of the motion, the record and the parties' settlement agreement, this Court finds that the agreement is fair, reasonable and just. Accordingly, the parties' motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the parties' settlement is approved, and Plaintiff's claims are **DISMISSED** with prejudice. This Court retains jurisdiction to enforce this Order and the parties' settlement agreement. Plaintiffs' counsel shall file an application for attorney's fees and costs within fourteen days of this order.

**SO ORDERED** this 6th day of October, 2023.

_____
J. P. BOULEE
United States District Judge