UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERARDO SANCHEZ, Individually and on Behalf of All Those Similarly Situated,<br>Plaintiff,<br><br>vs.<br><br>BOBO INTRIGUING OBJECTS, LLC, et al.,<br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-04103-JPB |

## J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration of Motion for Attorney Fees and Costs, and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendants $37,456 as reasonable attorney's fees and costs.

Dated at Atlanta, Georgia this 23rd day of May, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ N. Bowen-Haider
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
May 23, 2024
Kevin P. Weimer
Clerk of Court

By: s/ N. Bowen-Haider
Deputy Clerk